

Friday, January 3, 2014

No. 13–7001/AR.   U.S. v. Hasan K. Akbar.   CCA 20050514.   Appellant's motion to extend time to respond to the Court's order is granted, up to and including January 10, 2014. No further extension of time will be granted to respond to the Court's order.

No. 14–0248/AR.   U.S. v. Joshua L. Alaniz.   CCA 20111170.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted, ***but***

*only up to and including January 17, 2014,* and *absent extraordinary circum-stances, no further extension of time will be granted in this case.*

No. 14–0301/AF. U.S. v. Jason W. Hepburn. CCA S32073. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 21, 2014.

No. 14–0302/AF. U.S. v. Michael S. Steinkamp, Jr. CCA S32078. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 21, 2014.

Monday, January 6, 2014

Misc. No. 14–8007/NA. L.C., Midshipman U.S. Navy, Appellant v. Daniel J. Daugherty, Colonel, USMC (in his official capacity as Military Judge), Appellee, Eric Graham, Midshipman U.S. Navy, Real Party In Interest. CCA 201300486. Notice is hereby given that a writ appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals decision on application for extraordinary relief and a motion for a stay were filed under Rule 27(b) on this date.

No. 14–02. In the matter of Stephen G. Merrill. It appearing that the above-named attorney is a member of the Bar of this Court, that he was suspended from the practice of law by the Supreme Court of Alaska and the United States Court of Appeals for the Fourth Circuit, that pursuant to Rule 15(b), Rules of Practice and Procedure, U.S. Court of Appeals for the Armed Forces, said attorney was suspended from the practice of law before the Court on November 6, 2013, and afforded 30 days to show cause why he should not be disbarred, that said attorney